In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-23-00020-CV
_____

BRANDI N. SMITH, Appellant

V.

REVERSE MORTGAGE SOLUTIONS INC., Appellee

On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 138293

MEMORANDUM OPINION

On January 18, 2023, Brandi N. Smith appealed from a final judgment in Trial
Cause Number 138293. After perfecting her appeal, however, Smith failed to file a
brief.

On July 10, 2023, we notified the parties that Smith had not filed a brief and
that her appeal would be submitted without briefs unless, by July 20, 2023, we
received a brief in her appeal together with a motion to extend the time in which she

1

was allowed to file her brief. We also warned Smith that her appeal could be dismissed for want of prosecution if her appeal were to be submitted without briefs.

On August 1, 2023, we notified the parties on August 22, 2023, the Court was submitting the appeal without briefs and without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for our review, we dismiss Smith's appeal for want of prosecution. *See id*. 38.8(a)(1); *id*. 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 22, 2023
Opinion Delivered August 31, 2023

Before Golemon, C.J., Horton and Johnson, JJ.